IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:1:14-cv-24254-JG

MARCO J. HERNANDEZ,

    Plaintiff,

vs.

JP MORGAN CHASE BANK,
A Delaware Corporation, and
BAYVIEW LOAN SERVICING, LLC,
A Delaware Limited Liability Company.

    Defendants.

_____/

## PLAINTIFF MARCO HERNANDEZ'S RESPONSE IN OPPOSITION TO J.P. MORGAN CHASE BANK AND BAYVIEW LOAN SERVICING'S MOTIONS TO DISMISS

    Plaintiff Marco Hernandez, by and through undersigned counsel, hereby files his Response in Opposition to J.P. Morgan Chase Bank ("J.P. Morgan") and Bayview Loan Servicing's ("Bayview") (collectively known as "Defendants") Motions to Dismiss found at D.E. 24 and D.E. 29.

    Plaintiff filed his Second Amended Complaint [D.E. 32] pursuant to Federal Rule of Civil Procedure 15(a)(2) and with the written consent of all defendants who have appeared in this action on February 26th, 2015. Since Plaintiff has amended his Complaint, Defendants' Motions to Dismiss the First Amended Complaint [D.E. 13] will be denied as moot.

*(Continued on next page)*

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.
1000 W. McNab Rd. Ste. 150
Pompano Beach, FL 33069
(954) 942-5270
Fax: (954) 942-5272
Email: aeagle@jeffreygolantlaw.com
By: **/S/ ASHLEY R. EAGLE, ESQ.**
Fla. Bar No. 111463

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2nd, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below by notice of electronic filing generated by CM/ECF:

**Stacey F. Soloff**
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, FL 33132
305-375-8171
Fax: 381-7708
Email: stacey@tfsmlaw.com

**Matthew Joseph McGuane**
Wargo & French, LLP
201 South Biscayne Boulevard
Suite 1000
Miami, FL 33131
305-777-6000
Fax: 305-777-6001
Email: mmcguane@wargofrench.com

**/s/Ashley R. Eagle**