IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-24254-JG

**MARCO J. HERNANDEZ,**

    **Plaintiff,**

vs.

**J.P. MORGAN CHASE BANK N.A.,**
**A Delaware Corporation,**
**BAYVIEW LOAN SERVICING LLC,**
**A Delaware Limited Liability Company, and**
**MANUFACTURERS and**
**TRADERS TRUST COMPANY, d/b/a M and T**
**BANK, A New York Corporation, and**
    **Defendants.**
_____/

**PLAINTIFF MARCO J. HERNANDEZ'S NOTICE OF SUPPLEMNTAL AUTHORITY IN OPPOSITION TO DEFENDANT J.P. MORGAN CHASE BANK N.A.'S RULE 12(b)(6) MOTION**

Plaintiff Marco Hernandez, by and through undersigned counsel, hereby gives notice of the decision in *Guccione v. J.P. Morgan Chase Bank, N.A.* 2015 WL 1968114 (N.D. Cal. May 1st, 2015)(Docket No. 3:14–cv–04587). Plaintiff offers this persuasive authority in opposition to Defendant J.P. Morgan Chase Bank's Rule 12(b)(6) motion. (D.E. 37). *Guccione* involve issues similar to those presented here. The *Guccione* plaintiff raised a number of mortgage servicing errors, including improper charges for force-placed insurance. While most of the *Guccione* analysis of the RESPA claim in that case found on pages 7- 13 is relevant here, one point is particularly relevant.

As in the case at bar, Chase asserted that the *Guccione* plaintiff failed to provide sufficient documentation supporting the asserted servicing errors. The Court rejected that

argument, which Chase also makes here, noting that "[r]equiring Plaintiffs to provide all of the documentation regarding the errors impermissibly shifts the burden to conduct a reasonable investigation from the servicers (where the regulation puts it) to the borrower." *Id* at * 11-12. The entire text of the *Guccione* opinion is attached hereto.

        Respectfully Submitted,

        THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.

        1000 W. McNAB RD. STE. 150
        POMPANO BEACH, FL 33069
        Phone:  (954) 942-5270
        Fax:     (954) 942-5272
        Email:   jgolant@jeffreygolantlaw.com
        By: **/S/ JEFFREY N. GOLANT ESQ.**
        Fla. Bar. No. 0707732
        Counsel for Plaintiff Marco Hernandez

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Supplemental Authority was filed using CM/ECF and served upon all counsel of record by Notice of Electronic Filing generated by CM/ECF on May 12th, 2015:

Matthew Joseph McGuane
Wargo & French, LLP
201 South Biscayne Boulevard
Suite 1000
Miami, FL 33131
305-777-6000
Fax: 305-777-6001
Email: mmcguane@wargofrench.com
Attorney for Defendant J.P. Morgan Chase N.A.

Stacey F. Soloff
Tabas, Freedman & Soloff, P.A.
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, FL 33132
305-375-8171
Fax: 381-7708
Email: stacey@tfsmlaw.com
Attorney for Bayview Loan Servicing LLC.

                                                **/S/ Jeffrey Golant**